**Order entered November 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00657-CR

### LISA NICHOLE OPPENHAMMER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F-1900140-K

## ORDER

Before the Court is appellant's November 18, 2019 request for access to the appellate record in order to file a pro se response to counsel's *Anders* brief. Appellant's request is **GRANTED.**

We **ORDER** counsel Lawrence Mitchell to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the records have been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **January 6, 2020**. If appellant does not file a pro se response by January 6, 2020, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to appellate counsel Lawrence Mitchell and to counsel for the State.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to:

Lisa Nichole Oppenhammer
TDCJ# 02267205
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, TX 76596


/s/     CORY L. CARLYLE
              JUSTICE